**No. 66239.**—M. Shapiro & Co. v. United States, protests 281048–K and 313232–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v.

*Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.